**Domenica MECCA, Appellee, v. Domenick C. PAUL, Appellant.**

No. 227.

Circuit Court of Appeals, Second Circuit.
Feb. 4, 1935.

Fenton, Wing & Morse, of Rutland, Vt., for appellant.

Edwin W. Lawrence and Lawrence, Stafford & O'Brien, all of Rutland, Vt., for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.
Judgment affirmed.

**In the Matter of NATIONAL LOCK CO., Debtor.**

**NATIONAL LOCK CO. v. Ida May PETERSON et al.**

No. 5430.

Circuit Court of Appeals, Seventh Circuit.
Jan. 19, 1935.

Roy F. Hall, of Rockford, Ill., for appellant.

Floyd E. Thompson and Edgar J. Schoen, both of Chicago, Ill., for appellees.

Before EVANS, SPARKS, and FITZHENRY, Circuit Judges.

PER CURIAM.
On motion of counsel for appellees, it is now here ordered, adjudged, and decreed by this court that the order of this court entered on January 16, 1935, allowing an appeal from certain orders of the District Court of the United States for the Northern District of Illinois, Western Division, as prayed for in the petition for leave to appeal, filed herein, be, and the same is hereby, vacated and set aside, with costs against the appellant.

**KAZUO NITTA, Appellant, v. Edward L. HAFF, District Director of Immigration for the Port of San Francisco, California, Appellee.**

No. 7589.

Circuit Court of Appeals, Ninth Circuit.
March 20, 1935.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.
Upon consideration of the stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

**O'CEDAR CORPORATION v. Mabel G. REINECKE.**

No. 5475.

Circuit Court of Appeals, Seventh Circuit.
March 8, 1935.

Joseph B. Lawler, of Chicago, Ill., for appellant.

Dwight H. Green, U. S. Atty., of Chicago, Ill., for appellee.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.
On motion of counsel for appellee, it is now here ordered and adjudged by this court that this cause be docketed in this court, and that this appeal be, and the same is hereby, dismissed.